UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

v.

DEREK HOWARD TRUNK,

                Defendant.

Case No.:  12cr753-LAB and 17cv2391-LAB

**AMENDED ORDER DEEMING PETITION WITHDRAWN**

     Derek Howard Trunk filed two petitions relating to criminal case 12cr753: a petition under 28 U.S.C. § 2255 (corresponding to 17cv2203, filed October  27, 2017), and a petition under 28 U.S.C. § 2241 (corresponding to 17cv2391, filed November 27, 2017). His petition in 17cv2203 was deemed withdrawn on November 30, 2017.  He then filed a notice withdrawing his § 2241 petition. That petition is **DEEMED WITHDRAWN**, and the Clerk is directed to terminate case 17cv2391. This order amends and replaces the order issued July 17, 2018.

     **IT IS SO ORDERED**.

Dated:  July 19, 2018

_____
Hon. Larry Alan Burns
United States District Judge